**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **HOWARD J. NELSON** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-364-JWD-SDJ** |
| **SONJA NETTE EDMONDS, et al.** | |

**OPINION**

After independently reviewing the complete record in this case and for the reasons outlined in the Magistrate Judge's Report dated March 28, 2025 (Doc. 4), to which no objection was filed,

**IT IS ORDERED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 29, 2025</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**